[No. 53117-4-I.   Division One.   October 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. YOWSAN YU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07247-8, Cheryl B. Carey, J., entered September 23, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 30043-5-II.   Division Two.   October 26, 2004.]

*In the Matter of the Marriage of* COLLEEN M. EDWARDS, *Appellant*, and DENNIS MICHAEL EDWARDS, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-3-00758-7, Jay B. Roof, J., entered February 24, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 30734-1-II.   Division Two.   October 26, 2004.]

PIERCE COUNTY, *Respondent*, v. WILLIAM R. SHELDON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-06815-0, D. Gary Steiner, J., entered August 8, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 30789-8-II.   Division Two.   October 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS A. ZIBELL II, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00132-5, Toni A. Sheldon, J., entered August 15, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Hunt, JJ.